ACCEPTED
03-15-00259-CV
6958149
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/16/2015 3:43:39 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00259-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/16/2015 3:43:39 PM
JEFFREY D. KYLE
Clerk

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

_____

BECKY, LTD.,
*Appellant*

v.

THE CITY OF CEDAR PARK, STEPHEN THOMAS, MATT POWELL, MITCH FULLER, LYLE GRIMES, LOWELL MOORE, JON LUX, AND DON TRACY,
*Appellees*

_____

ON APPEAL FROM THE
126TH JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS

_____

**APPELLANT'S SECOND UNOPPOSED MOTION TO
EXTEND TIME TO FILE REPLY BRIEF**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, Becky, Ltd., files this Second Unopposed Motion to Extend Time to File Reply Brief and in support would respectfully show as follows:

1.  Appellant's reply brief is currently due on September 17, 2015.

2.  Appellant requests an additional fourteen (14) days to file its brief, extending the time to **October 1, 2015**. Appellant will not seek any further extensions.

AUS-6166795-1 521106/1

3.      Appellant needs additional time to file its brief because counsel for Appellant has been in trial before the State Office of Hearings and Appeals in PUCT Docket Numbers 44547 and 44649, and then preparing post-trial briefs for same.

4.      This request is not for purpose of delay, but so that justice may be done and this Court may be fully informed of all factual and legal information relevant to the proper disposition of this appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this Court grant its Second Unopposed Motion for Extension of Time to File Reply Brief on or before October 1, 2015.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By */s/ Elizabeth G. Bloch*
    ELIZABETH G. BLOCH
    State Bar No. 02495500
    Heidi.bloch@huschblackwell.com
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701-4093
    (512) 472-5456 (Telephone)
    (512) 479-1101 (Facsimile)

    Leonard B. Smith
    State Bar No. 18643100
    lsmith@leonardsmithlaw.com
    P.O. Box 684633
    Austin, Texas 78768
    (512) 914-3732 (Telephone)
    (512) 532-6446 (Facsimile)

2

ATTORNEYS FOR APPELLANT

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that she has consulted via email with counsel for Appellees the City of Cedar Park and the individual Appellees, and they have indicated that they do not oppose this motion.

*/s/ Elizabeth G. Bloch*
ELIZABETH G. BLOCH

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the 16h day of September, 2015, via the Court's electronic filing system and/or email to the following counsel of record:

Cobby Caputo
ccaputo@bickerstaff.com
Bradley B. Young
byoung@bickerstaff.com
Bickerstaff Heath Delgado Acosta LLP
3711 South MoPac Expressway
Building One, Suite 300
Austin, Texas 78746

*/s/ Elizabeth G. Bloch*

3